2022R00516/MJB

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Karen M. Williams |
| | : | |
| v. | : | Crim. No. 23-403-KMW |
| | : | |
| DOMINIC MALONEY | : | 18 U.S.C. § 922(n) |
| | : | 18 U.S.C. § 924(n) |

### I N F O R M A T I O N

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

### COUNT 1
(Interstate Travel for the Purpose of Unlicensed Dealing in Firearms)

On or about June 8, 2022, in Salem County, in the District of New Jersey, and elsewhere, defendant,

DOMINIC MALONEY,

not being a licensed importer, licensed manufacturer, or licensed dealer of firearms, with the intent to engage in conduct that constituted a violation of Section 922(a)(1)(A) of Title 18, United States Code, did travel from the State of New Jersey into the State of Georgia and acquired, and attempted to acquire, firearms in furtherance of such purpose, to wit,

(i) a Taurus, Model G3C, 9mm semiautomatic pistol, bearing serial number ADA845364;

(ii) a Glock, model 19, Gen 4, 9mm semiautomatic pistol, bearing serial number BKZU016;

(iii) a Glock, model 43, 9mm semiautomatic pistol, bearing serial number BKSW846;

(iv) a Romarm/Cugir, model Draco, 7.62 caliber semiautomatic pistol, bearing serial number ROA22DG-6273;

(v) a Ruger, .380 caliber semiautomatic pistol bearing serial number 380306912;

(vi) a Taurus, model G3, 9mm semiautomatic pistol bearing serial number ACM633351;

(vii) a Glock, model 17, Gen 4, 9mm semiautomatic pistol, bearing serial number BUND632;

(viii) a Glock, model 19, Gen 4, 9mm semiautomatic pistol, bearing serial number BKPY728;

(ix) a Marlin Firearms, model 70P, .22 caliber semiautomatic rifle, bearing serial number 11311294;

(x) a Stevens, model 320, 12-gauge shotgun, bearing serial number 171120H; and

(xi) a Mossberg, model 590, 12-gauge shotgun, bearing serial number V1509090,

In violation of Title 18, United States Code, Section 924(n).

## COUNT 2
(Unlawful Transportation of Firearms in Interstate Commerce by an Individual Under Felony Indictment)

On or about June 8, 2022, in Salem County, in the District of New Jersey, and elsewhere, the defendant,

DOMINIC MALONEY,

while under indictment in the Superior Court of New Jersey, Mercer County, for a crime punishable by imprisonment for a term exceeding one year, did willfully ship and transport in interstate commerce, from the State of Georgia to the State of New Jersey, firearms, namely:

(i) a Taurus, Model G3C, 9mm semiautomatic pistol, bearing serial number ADA845364;

(ii) a Glock, model 19 Gen 4, 9mm semiautomatic pistol, bearing serial number BKZU016;

(iii) a Glock, model 43, 9mm semiautomatic pistol, bearing serial number BKSW846;

(iv) a Romarm/Cugir, model Draco, 7.62 caliber semiautomatic pistol, bearing serial number ROA22DG-6273;

(v) a Ruger, .380 caliber semiautomatic pistol bearing serial number 380306912;

(vi) a Taurus, model G3, 9mm semiautomatic pistol bearing serial number ACM633351;

(vii) a Glock, model 17 Gen 4, 9mm semiautomatic pistol, bearing serial number BUND632;

(viii) a Glock, model 19 Gen 4, 9mm semiautomatic pistol, bearing serial number BKPY728;

(ix) a Marlin Firearms, model 70P, .22 caliber semiautomatic rifle, bearing serial number 11311294;

(x) a Stevens, model 320, 12-gauge shotgun, bearing serial number 171120H; and

(xi) a Mossberg, model 590, 12-gauge shotgun, bearing serial number V1509090,

In violation of Title 18, United States Code, Section 922(n).

<u>FORFEITURE ALLEGATIONS</u>

The allegations set forth in Counts One and Two of this Information are incorporated by reference as though set forth in full herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

Upon conviction of the firearms offenses in violation of Title 18, United States Code, Sections 922(n) and 924(n), as charged in Counts One and Two of this Information, defendant,

DOMINIC MALONEY,

shall forfeit to the United States any firearms and ammunition involved in or used in the commission of those offenses, including the following:

(i) a Taurus, Model G3C, 9mm semiautomatic pistol, bearing serial number ADA845364;

(ii) a Glock, model 19, Gen 4, 9mm semiautomatic pistol, bearing serial number BKZU016;

(iii) a Glock, model 43, 9mm semiautomatic pistol, bearing serial number BKSW846;

(iv) a Romarm/Cugir, model Draco, 7.62 caliber semiautomatic pistol, bearing serial number ROA22DG-6273;

(v) a Ruger, .380 caliber semiautomatic pistol bearing serial number 380306912;

(vi) a Taurus, model G3, 9mm semiautomatic pistol bearing serial number ACM633351;

(vii) a Glock, model 17, Gen 4, 9mm semiautomatic pistol, bearing serial number BUND632;

(viii) a Glock, model 19, Gen 4, 9mm semiautomatic pistol, bearing serial number BKPY728;

(ix) a Marlin Firearms, model 70P, .22 caliber semiautomatic rifle, bearing serial number 11311294;

(x) a Stevens, model 320, 12-gauge shotgun, bearing serial number 171120H; and

(xi) a Mossberg, model 590, 12-gauge shotgun, bearing serial number V1509090.

*Philip R. Sellinger by AZ*

_____
PHILIP R. SELLINGER
United States Attorney

| Case Number: 23- | United States District Court District of New Jersey | UNITED STATES OF AMERICA<br><br>v.<br><br>DOMINIC MALONEY | INFORMATION FOR<br><br>18 U.S.C. § 922(n)<br>18 U.S.C. § 924(n) | Philip R. Sellinger<br>United States Attorney<br>for the District of New Jersey | Matthew J. Belgiovine<br>Assistant U.S. Attorney<br>Trenton, New Jersey<br>973.856.9179 |
|---|---|---|---|---|---|