UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

**OFFICE: CAMDEN**                    **Proceeding Date 01/17/2024**

**JUDGE KAREN M. WILLIAMS**

**Court Reporter:** Sharon Ricci

**TITLE OF CASE:**                    **DOCKET NO.** 23-403 (KMW)
UNITED STATES OF AMERICA

v.

DOMINIC MALONEY
    DEFENDANT PRESENT

**APPEARANCES:**
Matthew Belgiovine, AUSA for the Government
Scott A. Krasny, Esquire for Defendant
Matthew Hulick, U.S. Probation
Anel Ceballos, U.S. Probation

**NATURE OF PROCEEDINGS:**  SENTENCE
On a two count Information
**SENTENCE**: Imprisonment for a term of 60 months on count one, 60 months on count two all such terms to run concurrently.
**SPECIAL ASSESSMENT**: $200.00
**SUPERVISE RELEASE**: for a term of 3 years, this term consists of 3 years on each count one and two, to run concurrently, with special conditions.
**FINE**: Waived
Defendant advised of his right to appeal.
Court recommends defendant be designated to a lower-security institution, rather than a higher-security institution, in a U.S. Penitentiary.
Ordered defendant remanded to the custody of the U.S. Marshal.

*s/David Bruey*
DEPUTY CLERK

**Time Commenced:** 11:20 am.          **Time Adjourned:** 12:30 pm.
**Total time:** 1 hour and 10 minutes